IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 4:23-cr-554 |
| | § | |
| LATOYA WILLIAMS, | § | |
| | § | |
| Defendant. | § | |

### ORDER ACCEPTING GUILTY PLEA AND FINDING OF GUILT

The United States Magistrate Judge submitted his Report and Recommendation that this court accept the guilty plea of Defendant Latoya Williams ("Defendant") and find her guilty of Count Six of the Indictment charging her with false representation of a social security number, in violation of Title 42 U.S.C. § 408(a)(7)(B). No objections have been filed to his Report and Recommendation.

After the *de novo* review required under 28 U.S.C. § 636(b)(1)(C), this court finds that the record and law support the Magistrate Judge's Report and Recommendation. The court accepts the Report and Recommendation.

Accordingly, this court finds that Defendant is fully competent and capable of entering an informed plea, that she is aware of the nature of the charge made against her and the consequences of her plea, and her guilty plea is knowing and voluntary. Further, this court finds her guilty plea is supported

by an independent basis in fact, containing each of the essential elements of the charged offense.

Thus, Defendant is **GUILTY** of the offense of false representation of a social security number, in violation of Title 42 U.S.C. § 408(a)(7)(B).

SIGNED at Houston, Texas on this 14th day of  November , 2024.

_____
George C. Hanks, Jr.
United States District Judge